**Order entered June 11, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00370-CV

**CITY OF DALLAS, Appellant**

**V.**

**RONALD GILES, Appellee**

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-07841**

## ORDER

We **GRANT** appellee's June 10, 2015 unopposed motion for an extension of time to file a brief. Appellee shall file a brief by **JULY 10, 2015**. We caution appellee that no further extension of time will be granted in this accelerated appeal absent extraordinary circumstances.

/s/    ELIZABETH LANG-MIERS
        JUSTICE